## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Lancelot Robertson,     :
     Appellant    :
           :
    v.      :  1851 C.D. 2015
           :
Port Authority of Allegheny County :

## **O R D E R**

 **AND NOW,** this 4th day of August, 2016, it is ordered that the above-captioned Memorandum Opinion, filed June 9, 2016, shall be designated OPINION and shall be REPORTED.

          _____
          **JAMES GARDNER COLINS, Senior Judge**